UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>v.<br><br>JEFFREY J. FILIPPI, in individual and representative capacity as trustee of The Living Trust of Jeffrey J. Filippi and Martha E. Filippi dated 9/6/11; TERESA A. FILIPPI; MADELEINE DEPHILLIPPIS NICHOLS; KAREN CERVENKA DEPHILLIPPIS; and CASH AND CARRY ITALIAN FOODS & FILIPPI'S PIZZA GROTTO, INC., a California corporation,<br><br>  Defendants. | Case No.: 20-CV-2495 JLS (AHG)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>(ECF No. 18) |

Presently before the Court is Plaintiff Chris Langer's Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(2), which indicates that "[P]laintiff hereby

///
///
///
///

voluntarily dismisses the entire case, with prejudice." ECF No. 18 at 1.  Accordingly, good cause appearing, the Court **DISMISSES** the action in its entirety **WITH PREJUDICE**.

     **IT IS SO ORDERED.**

Dated:  April 7, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge